**Opinion issued January 29, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00868-CV

————————————

**XENOS YUEN AND SIEGEL YUEN & HONORE, PLLC, Appellants**

**V.**

**PROPERTY OWNERS ASSOCIATION FOR FLOW OFFICE CONDO, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1246100**

---

## MEMORANDUM OPINION

Appellants Xenos Yuen and Siegel, Yuen & Honore, PLLC have filed a motion to dismiss the appeal because they have determined "that continuing the interlocutory appeal is neither necessary nor appropriate at this time." Appellants

have included a certificate of conference indicating that appellee does not oppose this motion.

Accordingly, we grant the motion and dismiss the appeal. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.